

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
THE ANNUITY, PENSION, WELFARE and
APPRENTICESHIP SKILL IMPROVEMENT AND SAFETY
FUNDS of the INTERNATIONAL UNION OF OPERATING
ENGINEERS, LOCAL 137, 137A, 137B, 137C & 137R, AFL-
CIO, by its TRUSTEES EDWARD KELLY, JEFFREY
LOUGHLIN, PETER PATERNO, ROSS PEPE, NICHOLAS
SIGNORELLI and NICHOLAS SIGNORELLI, JR., and JOHN
and JANE DOE, as BENEFICIARIES of the ANNUITY,
PENSION, WELFARE AND APPRENTICESHIP SKILL
IMPROVEMENT AND SAFETY FUNDS of the
INTERNATIONAL UNION OF OPERATING ENGINEERS,
LOCAL 137, 137A, 137B, 137C & 137R, AFL-CIO,

         Plaintiffs,

Case No. 08-CIV-1892 (KMK)

STIPULATION EXTENDING
TIME TO ANSWER

-against-

PALERMO TOO CONSTRUCTION, INC.

         Defendant.
------------------------------------------------------------x

  **IT IS HEREBY STIPULATED AND AGREED**, by and between counsel for the parties in the above captioned action, that defendant's time to interpose an answer to the complaint herein is hereby extended for a period of thirty (30) days from the date of this Stipulation.

  Defendants through counsel hereby waives any defense under Federal Rules and Civil Procedure 12(b)(5) for insufficiency of service of process.

Dated: White Plains, New York
   May 19, 2008

BRADY McGUIRE & STEINBERG, P.C.    McCARTHY FINGAR LLP

By: _____     By: _____
James M. Steinberg, Esq.        Robert H. Rosh, Esq.
Attorneys for Plaintiffs         Attorneys for Defendant
603 Warburton Avenue         11 Martine Avenue
Hastings-on-Hudson, New York 10706    White Plains, New York 10606
Tel. No. (914) 478-5755         Tel. No. (914) 946-3700

SO ORDERED:

DATED:                _____
                  U.S.D.J. 5/20/08