UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
THE ANNUITY, PENSION, WELFARE and
APPRENICESHIP SKILL IMPROVEMENT AND
SAFETY FUNDS of the INTERNATIONAL UNION OF
OPERATING ENGINEERS, LOCAL 137, 137A, 137B,
137C & 137R, AFL-CIO, by its TRUSTEES EDWARD
KELLY, JEFFREY LOUGHLIN, PETER PATERNO,
ROSS PEPE, NICHOLAS SIGNORELLI and
NICHOLAS SIGNORELLI, JR., and JOHN and JANE
DOE, as BENEFICIARIES of the ANNUITY, PENSION,
WELFARE AND APPRENTICESHIP SKILL
IMPROVEMENT AND SAFETY FUNDS of the
INTERNATIONAL UNION OF OPERATING
ENGINEERS, LOCAL 137, 137A, 137B, 137C & 137R,
AFL-CIO,

Case No. 08-CIV-1892

**AFFIDAVIT OF SERVICE**

              Plaintiffs,

  -against-

PALERMO TOO CONSTRUCTION INC.,

              Defendant.
------------------------------------------------------------------------X

STATE OF NEW YORK   )
            ) ss.:
COUNTY OF WESTCHESTER)

  I, GILLIAN MORRIS, being sworn, say:

  I am not a party to the action, I am over 18 years of age and reside in Peekskill, New York.

  On June 17, 2008, I served the within **ANSWER**, by depositing a true copy thereof, enclosed in a postage-paid properly addressed wrapper, in an official mail depository under the exclusive care and custody of the U.S. Postal Service within the State of New York, addressed to the following:

BRADY McGUIRE & STEINBERG, P.C.
James M. Steinberg, Esq.
603 Warburton Avenue
Hastings-on-Hudson, New York 10706

Sworn to before me this
18th day of June, 2008

_____
Gillian Morris

_____
Notary Public

KATHERINE SOHR
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01-6066985
QUALIFIED IN WESTCHESTER COUNTY
COMMISSION EXPIRES JANUARY 18, 2010

{00075977.DOC.} Y:\WDOX\CLIENTS\04106\003\00075977.DOC

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
THE ANNUITY, PENSION, WELFARE and
APPRENICESHIP SKILL IMPROVEMENT AND
SAFETY FUNDS of the INTERNATIONAL UNION OF
OPERATING ENGINEERS, LOCAL 137, 137A, 137B,
137C & 137R, AFL-CIO, by its TRUSTEES EDWARD
KELLY, JEFFREY LOUGHLIN, PETER PATERNO,
ROSS PEPE, NICHOLAS SIGNORELLI and
NICHOLAS SIGNORELLI, JR., and JOHN and JANE
DOE, as BENEFICIARIES of the ANNUITY, PENSION,
WELFARE AND APPRENTICESHIP SKILL
IMPROVEMENT AND SAFETY FUNDS of the
INTERNATIONAL UNION OF OPERATING
ENGINEERS, LOCAL 137, 137A, 137B, 137C & 137R,
AFL-CIO,

**Case No. 08-CIV-1892**

**AFFIDAVIT OF SERVICE**

                                                  Plaintiffs,

       -against-

PALERMO TOO CONSTRUCTION INC.,

                                                  Defendant.
-------------------------------------------------------------------------X

STATE OF NEW YORK       )
                                ) ss.:
COUNTY OF WESTCHESTER)

     I, GILLIAN MORRIS, being sworn, say:

     I am not a party to the action, I am over 18 years of age and reside in Peekskill, New York.

     On June 18, 2008, I served the within **FRCP 7.1 STATEMENT and APPEARANCE**, by depositing a true copy thereof, enclosed in a postage-paid properly addressed wrapper, in an official mail depository under the exclusive care and custody of the U.S. Postal Service within the State of New York, addressed to the following:

BRADY McGUIRE & STEINBERG, P.C.
James M. Steinberg, Esq.
603 Warburton Avenue
Hastings-on-Hudson, New York 10706

{00075977.DOC.} Y:\WDOX\CLIENTS\04106\003\00075977.DOC

Sworn to before me this
18th day of June, 2008

_____
Gillian Morris

_____
Notary Public

KATHERINE SOHR
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01-6066985
QUALIFIED IN WESTCHESTER COUNTY
COMMISSION EXPIRES JANUARY 18, 2010