UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
THE ANNUITY, PENSION, WELFARE and
APPRENICESHIP SKILL IMPROVEMENT AND
SAFETY FUNDS of the INTERNATIONAL UNION OF
OPERATING ENGINEERS, LOCAL 137, 137A, 137B,
137C & 137R, AFL-CIO, by its TRUSTEES EDWARD
KELLY, JEFFREY LOUGHLIN, PETER PATERNO,
ROSS PEPE, NICHOLAS SIGNORELLI and
NICHOLAS SIGNORELLI, JR., and JOHN and JANE
DOE, as BENEFICIARIES of the ANNUITY, PENSION,
WELFARE AND APPRENTICESHIP SKILL
IMPROVEMENT AND SAFETY FUNDS of the
INTERNATIONAL UNION OF OPERATING
ENGINEERS, LOCAL 137, 137A, 137B, 137C & 137R,
AFL-CIO,

**FRCP 7.1 STATEMENT**

08-CIV-1892

                        Plaintiffs,

    -against-

PALERMO TOO CONSTRUCTION INC.,

                        Defendant.
------------------------------------------------------------------------X

      Pursuant to Federal Rule of Civil Procedure 7.1 the undersigned counsel for defendant, Palermo-Too Construction, Inc. (misdenominated in the caption as "Palermo Too Construction Inc.") (a private non-governmental party), certifies that the following are corporate parents, affiliates and/or subsidiaries of said party which are publicly held:

NONE

                                  McCARTHY FINGAR LLP

                                  By: _____
                                      Robert H. Rosh (RR6101)
                                  Attorneys for Defendant
                                  11 Martine Avenue
                                  White Plains, New York 10606
                                  Tel. No. (914) 946-3700

Dated: White Plains, New York
           June 18, 2008

{00076087.DOC.}