AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

Southern                                    DISTRICT OF        New York

The Annuity, Pension et al.

    v.

Palermo Too Construction, Inc.

**APPEARANCE**

Case Number: 08 Civ. 1892

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for Defendant Palermo-Too Construction, Inc. (misdenominated in the caption as "Palermo Too Construction Inc.")

I certify that I am admitted to practice in this court.

McCarthy Fingar LLP

June 18, 2008
Date

Signature

Robert H. Rosh              RR6101
Print Name                  Bar Number

11 Martine Avenue, Floor 12
Address

White Plains, New York 10606
City           State         Zip Code

(914) 946-3700        (914) 946-0134
Phone Number          Fax Number